IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEROME HARPER**                                                      **PLAINTIFF**

**v.**                                              **CAUSE NO. 1:19cv832-LG-RHW**

**CHAD WOLF, Acting Secretary
of Homeland Security**                                        **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that this lawsuit should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of April, 2020.

                                                       s/ *Louis Guirola, Jr.*

                                                       LOUIS GUIROLA, JR.
                                                       UNITED STATES DISTRICT JUDGE